UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILBERT VAN BUREN                                  CIVIL ACTION

versus                                             NO. 12-1578

N. BURL CAIN, WARDEN                               SECTION: "C" (1)

ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Wilbert Van Buren** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5 day of February, 2013.

UNITED STATES DISTRICT JUDGE