UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILBERT VAN BUREN                                          CIVIL ACTION

versus                                                     NO. 12-1578

N. BURL CAIN, WARDEN                                       SECTION: "C" (1)


## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and

Recommendation of the United States Magistrate Judge, and the petitioner's objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation

of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Wilbert Van Buren** for *habeas corpus* relief

is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __5__ day of February, 2013.

UNITED STATES DISTRICT JUDGE